CA 07-548 SCR

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 OCT 10  AM 10: 10

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  aODenrull   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Angela  oDonnel   9/19/0 |
| 1. Article Addressed to:<br>PLUMBERS & PIPEFITTERS<br>LOCAL 74 PENSION FUND<br>GEM GROUP Admin.<br>BRANDY, CORP. CT, SUITE 303<br>650 NAAMANS Rd.<br>CLAYMONT, DE, 19703 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from s    7007 0710 0002 9047 2602 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540