# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

THOMAS R. RUSSO,                                :

        Plaintiff,                              :

    v.                                          :      C.A. No. 07-548 (SLR)

PLUMBERS PIPEFITTERS LOCAL # 74` :
PENSION FUND, PENSION              :
ADMINISTRATOR GEM GROUP,            :

        Defendant.                            :

## ANSWER TO COMPLAINT

1.     This is a legal conclusion to which no response is required. To the extent a response is required, the averment is denied.

2.     Admitted upon information and belief.

3.     Denied as stated. The Plan Administrator, GEM Group has an office located at the stated address.

4.-8.    Averments are blank. No response is required.

9.     Denied as stated. Admitted that the Plumbers & Pipefitters Local No. 74 Pension Fund denied a claim by Plaintiff on or about July 16, 2007. Further admitted that the Plan was modified effective January 1, 2004. Answering defendant is without sufficient information or knowledge as to the truth of the averment relating to Plaintiff's disability date. The remainder of the averments are denied.

## AFFIRMATIVE DEFENSES

10.    Plaintiff fails to state a claim upon which relief may be granted.

11.    Plaintiff has failed to obtain proper service of process.

12.    Plaintiff has failed to obtain sufficient service of process.

13.     Plaintiff's claim(s) are barred by the applicable statute of limitations.

14.     Plaintiff has failed to request or specify any relief.

WHEREFORE, Plaintiff's Complaint should be dismissed, with costs assessed against

Plaintiff.


                              YOUNG CONAWAY STARGATT & TAYLOR, LLP


                              Timothy J. Snyder (No. 2408)
                              Curtis J. Crowther (No. 3238)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, DE 19899-0391
                              (302) 571-6600
                              (302) 571-1253/fax
                              tsnyder@ycst.com / ccrowther@ycst.com

                                       and

                              Richard B. Sigmond, Esquire
                              Jennings Sigmond, P.C.
                              The Penn Mutual Towers, 16th Floor
                              510 Walnut Street
                              Philadelphia, PA  19106-3683
                              (215) 351-0609
                              (215) 922-3524/fax
                              rsigmond@jslex.com


                              Attorneys for Defendant

Dated: October 30, 2007