## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS R. RUSSO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C.A. No. 07-548 (SLR) |
| | : |
| PLUMBERS PIPEFITTERS LOCAL # 74` | : |
| PENSION FUND, PENSION | : |
| ADMINISTRATOR GEM GROUP, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

[*Remainder of Page Intentionally Left Blank*]

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2005, I electronically filed a true and correct copy of the Answer to Complaint with the Clerk of the Court using CM/ECF, and a copy of the foregoing document was forwarded via First Class U.S. Mail, postage prepaid to the following:

Thomas R. Russo
26 Longbow Terrace
Hockessin, DE 19707

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy J. Snyder (No. 2408)
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
(302) 571-1253/fax
tsnyder@ycst.com / ccrowther@ycst.com

and

Richard B. Sigmond, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0609
(215) 922-3524/fax
rsigmond@jslex.com

Attorneys for Defendant

Dated: October 31, 2007