# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**LEONARD P. STARK**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 26
WILMINGTON, DE 19801

January 8th, 2008

TO:    Thomas R. Russo
26 Longbow Terrace
Hockessin, DE 19707

Curtis J. Crowther, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

RE:    **Thomas R. Russo v. Plumbers Pipefitter Local #74 Pension Fund, Pension Administrator, and GEM Group.**
**Civ. No. 07-548-SLR-LPS**

Dear Messrs. Russo and Crowther:

    Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(a) and D. Del. LR 16.1. On or before February 7th, 2008, please inform the Court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Thereafter, the Court will enter a scheduling order. Unless further ordered by the Court, a scheduling conference will not be necessary.

Cordially,

LEONARD P. STARK

LPS/rpg
Enclosure
cc: Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS R. RUSSO, | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-548-SLR-LPS |
| PLUMBERS PIPEFITTER LOCAL #74 PENSION FUND, PENSION ADMINISTRATOR, AND GEM GROUP. | : |
| Defendants. | : |

### ORDER

At Wilmington this   th day of **January, 2008**, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of Other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **March 10th, 2008.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **July 9th, 2008.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall not deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motion.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on

or before **August 8th, 2008**. Answering briefs and affidavits, if any, shall be filed on or before **August 22nd, 2008**. Reply briefs shall be filed on or before **August 29th, 2008**.

---------
UNITED STATES MAGISTRATE JUDGE