January 14, 2008

BY REGULAR MAIL

The Honorable Leonard P. Stark
United States Magistrate Judge
United States District Court
For the District of Delaware
844 King Street
Lockbox 26
Wilmington, DE 19801



FILED

JAN 2 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re:  Thomas R. Russo v. Plumbers Pipefitter Local #74 Pension
Fund, Pension Administrator, and GEM Group; C.A. No.
07-548-SLR-LPS

Dear Magistrate Judge Stark:

I am in receipt of Your Honor's letter dated January 8, 2008 and the
draft Scheduling Order provided to the parties and also the letter from Curtis
J. Crowther, Esq, Young Conaway Stargatt & Taylor, LLP dated January 9,
2008.

I have no objection to the proposed Scheduling Order. However, I am
in agreement with the letter of January 9th to schedule and conduct a
mediation of this case in the near future with Your Honor to resolve this
matter promptly and amicably.

Thank you for your consideration.

Respectfully submitted,

Thomas R. Russo

Thomas R. Russo

cc:  Curtis J. Crowther, Esq. (by regular mail)

Thomas R. Russo
26 Longbox Terrace
Hockessin, DE  19707

WILMINGTON DE 197

15 JAN 2008 PM 2 L

The Honorable Leonard P. Stark
United States Magistrate Judge
United States District Court
For the District of Delaware
844 King Street
Lockbox 26
Wilmington,  DE   19801

19894-00826