IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS R. RUSSO,<br><br>            Plaintiff,<br><br>v.<br><br>PLUMBERS PIPEFITTER LOCAL #74<br>PENSION FUND, PENSION<br>ADMINISTRATOR, AND GEM GROUP,<br><br>            Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 07-548-SLR-LPS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **23rd** day of **January, 2008,** IT IS ORDERED that:

1. A mediation conference in Magistrate Judge Stark's Chambers is scheduled for **February 11, 2008** beginning at **9:00 a.m.**

2. Plaintiff and counsel for the Defendants shall attend the mediation conference in person. The Defendant clients need not attend the conference in person, but shall be immediately reachable by telephone.

3. On or before **February 4, 2008,** on behalf of both parties, counsel for the Defendants shall submit to Magistrate Judge Stark copies of the letters that both sides will have previously exchanged. These letters **shall not be filed** with the Clerk's Office, but **shall be delivered to the Clerk's Office in an envelope addressed to U. S. Magistrate Judge Leonard P. Stark and marked "CONFIDENTIAL MEDIATION LETTERS."** The letters shall not be provided to the trial judge, and shall not become part of the record in this matter. **Mediation letters shall NOT be electronically filed since they are not part of the Court record.**

4. **The contents of the mediation letters and the mediation conference discussions,**

including any resolution or settlement, shall remain confidential, shall not be used in the present litigation nor any other litigation (whether presently pending or filed in the future), and shall not be construed as nor constitute an admission. Breach of this provision shall subject the violator to sanctions.

5. Before, during, and after the scheduled mediation conference, the Court may find it necessary and useful to communicate with one or more parties outside the presence of the other party or parties.

6. Any request to bring electronic equipment (for example, cell phones, blackberries or laptop computers) for use only during the mediation conference shall be made in writing and shall be submitted no later than the date on which mediation letters are due (see ¶3 above). Any such request shall include the name(s) of the individuals, a list of the equipment requested to be authorized, and a representation that counsel believes the presence of the requested equipment will be of assistance in the mediation process and the request is not being made just for convenience.

7. The required participants shall be available and accessible throughout the mediation process. The Court expects the parties' full and good faith cooperation with the mediation process. In particular, the Court expects both the lawyers and the party representatives to be fully prepared to participate. The Court encourages all participants to keep an open mind in order to reassess their previous positions and to find creative means for resolving the dispute.

_____
UNITED STATES MAGISTRATE JUDGE