IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

THOMAS R. RUSSO,                                       :
                                                       :
                    Plaintiff,                         :
                                                       :
        v.                                             :        C.A. No. 07-548-SLR-LPS
                                                       :
PLUMBERS PIPEFITTER LOCAL #74                          :
PENSION FUND, PENSION                                  :
ADMINISTRATOR, AND GEM GROUP.                          :
                                                       :
                    Defendants.                        :


## ORDER

        At Wilmington this **29th** day of **January, 2008**, pursuant to Fed. R. Civ. P.

16 and D. Del. LR 16.1;

        IT IS ORDERED that:

        1.      **Joinder of Other Parties and Amendment of Pleadings**. All motions to

join other parties and amend the pleadings shall be filed on or before **March 10th, 2008**.

        2.      **Discovery**. All discovery in this case shall be initiated so that it will be

completed on or before **July 9th, 2008**.

        3.      **Application by Motion**. Any application to the Court shall be by written

motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall

not deliver copies of papers or correspondence to Chambers.

        4.      **Summary Judgment Motion**. All summary judgment motions and an

opening brief and affidavits, if any, in support of the motion, shall be served and filed on

or before **August 8th, 2008**.  Answering briefs and affidavits, if any, shall be filed on or before **August 22nd, 2008**.  Reply briefs shall be filed on or before **August 29th, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

2