## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

THOMAS R. RUSSO,                          :
                                          :
                    Plaintiff,            :
                                          :
    v.                                    :        C.A. No. 07-548 (SLR)(LPS)
                                          :
PLUMBERS PIPEFITTERS LOCAL # 74`  :
PENSION FUND, PENSION                     :
ADMINISTRATOR GEM GROUP,                  :
                                          :
                    Defendant.            :
                                          :

### STIPULATION OF DISMISSAL

Plaintiff and Defendants, by and through the undersigned, hereby stipulate,

pursuant to Fed. R. Civ. P. 41(a), to the voluntary dismissal of this action, with prejudice. Each

party shall bear its own costs and attorney's fees.


*Thomas R. Russo*                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Thomas R. Russo*
_____              _____
Thomas R. Russo                      Timothy J. Snyder (No. 2408)
Plaintiff                            Curtis J. Crowther (No. 3238)
                                     The Brandywine Building
Dated: February 22, 2008             1000 West Street, 17th Floor
                                     Wilmington, DE 19899-0391
                                     (302) 571-6600
                                     (302) 571-1253/fax
                                     tsnyder@ycst.com / ccrowther@ycst.com

                                     Attorneys for Defendants

                                     Dated: March 4, 2008